UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FOURTH DIVISION

---

NORTHWEST PUBLICATIONS, INC.,

Plaintiff,

v.

ROD GRAMS FOR U.S.
SENATE COMMITTEE,

Defendant.

---

Case Type: COPYRIGHT INFRINGEMENT

Case No.:00-CV-2228-RHK-JMM

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, without further costs to any of the parties and each party to bear their own costs. The parties agree that this Stipulation for Dismissal shall constitute the full and final settlement of all claims arising out of the facts of this dispute, and all parties to this Agreement agree to waive in full, on behalf of themselves, their heirs, executors, administrators, employees, successors and assigns, any claim against the other parties to this dispute, for any cause of action arising out of this dispute.

FILED   JAN 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

Dated: January 10, 2001

*[signature]*

Paul R. Hannah (#40502)
2625 Firstar Center
101 East Fifth Street
Saint Paul, Minnesota 55101-1808
Telephone: (651) 223-5525

**ATTORNEY FOR PLAINTIFF
NORTHWEST PUBLICATIONS, INC.**

Dated: January 10, 2001

*[signature]*

Tony P. Trimble (#122555)
Matthew W. Haapoja (#268033)
TRIMBLE & ASSOCIATES, LTD.
11700 Wayzata Boulevard
Minneapolis, MN 55305
Telephone: (952) 797-7477

**ATTORNEYS FOR DEFENDANT
ROD GRAMS FOR U.S. SENATE
COMMITTEE**

## ORDER

Pursuant to the foregoing stipulation, it is hereby ordered that the above-captioned matter be dismissed with prejudice and each party to bear their own costs.

BY THE COURT:

Dated: 1/17 , 2001

*[signature]*

The Honorable Richard H. Kyle
Judge of District Court

2